```
MFS Legal, Inc.
Neal F. Morrow III (SBN 295497)
Rene J. Dupart (SBN 289956)
5318 East 2nd Street, #490
Long Beach, CA 90803
(562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)
```

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLEED S. ELSHERIF<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA LLC, and Does 1 to 10<br><br>Defendants. | CASE NO.: 8:22-CV-01108-KK-DFM<br><br>**NOTIC OF SETTLEMENT**<br><br>Hon. KENLY KIYA KATO<br>Department: #Matter.Federal Court Department: |

Plaintiffs, WALLEED S. ELSHERIF, an individual, an individual; respectfully submit this Notice of Settlement and inform the Court as Follows:

1. Plaintiff, Walleed S. Elsherif, an individual; has reached an agreement in principle with BMW OF NORTH AMERICA LLC, to resolve the claims against these defendants.

2. The Parties are in the process of drafting the settlement and will be filing a notice of dismissal with the court when the agreement is finalized.

3. Accordingly, the Plaintiff will not be filing the upcoming Disclosures as they have reached an agreement with the Defendant.

1
2
3
4  DATED: August 14, 2024      MFS Legal Inc.
5
6
7  _____
8  Rene J. Dupart
   Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

WALLEED S. ELSHERIF vs. BMW OF NORTH AMERICA LLC et. al. Case No.: 8:22−cv−01108-KK-DFM, IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICTOF CALIFORNIA

    I declare that I am employed by MFS Legal, Inc. I am over the age of eighteen years and not a party to the within cause; my business address is 5138 East Second Street, #490, Long Beach CA 90803.

    On the date set forth below, I served the foregoing document(s) described as:

## NOTICE OF SETTLEMENT

    On the parties in said cause:

| | |
|---|---|
| Brian M. Hom, Esq., SBN 240055<br>Brian Wagner, Esq., SBN 302516<br>Catherine Song, Esq., SBN 338428<br>CLARK HILL LLP<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Clarkhill.fca@clarkhill.com | **ATTORNEYS FOR DEFENDANT** |

(xx) BY UNITED STATES MAIL: I enclosed the documents in a sealed envelope(s) or package(s) addressed to the person(s) at the address(es) listed above.
    I placed the envelope for collection and mailing, following our ordinary business practices, in Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation.

    Executed on August 14, 2024, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                      */s/ Angie Schoon*
                                      Angie Schoon